Submitted on appellant's brief October 25,
affirmed November 17, 1972

STATE OF OREGON, *Appellant, v.* DAN
JAY HALL (No. 7670), *Respondent.*

502 P2d 613

Robert E. Brasch, District Attorney, and Richard L. Barron, Assistant District Attorney, Coquille, for appellant.

No appearance for respondent.

Before SCHWAB, Chief Judge, and FOLEY and THORNTON, Judges.

PER CURIAM.

The sole issue raised on appeal was decided adversely to the state's contention in *State v. Stevens,* 11 Or App 303, 502 P2d 612 (1972).

Affirmed.